IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DONTAE CLAY,

   Plaintiff,

v.

BRIAN OWENS, Commissioner;
DONALD JACKSON, Warden;
JOEL KNOWLES; DANNY BENNETT;
DUCE HOWELL; Officer CHAMBLISS;
Officer GREEN; D. RAY JAMES
PRISON FACILITY; and Lt. COLTS,

   Defendants.

CIVIL ACTION NO.: CV509-103

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Brian Owens, Donald Jackson, Joel Knowles, Danny Bennett, and D. Ray James Prison are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 11 day of June, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)