IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DONTAE CLAY,

    Plaintiff,

v.

DEWAYNE HOWELL and
STEVEN CHAMBLESS,

    Defendants.

CIVIL ACTION NO.: CV509-103

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by Defendant DeWayne Howell is **GRANTED**. Plaintiff's claims against Defendant Howell are **DISMISSED**.

**SO ORDERED**, this 21 day of April, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA